JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NUNES-CHILDS,<br><br>                    Plaintiff,<br><br>          v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>                    Defendant. | Case No. 2:19-cv-1121-SK<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that this action is reversed and remanded for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Opinion and Order.

Date: April 17, 2020

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE