Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
DRAKE & DRAKE, P.C.
23679 Calabasas Road, Suite 403
Calabasas, California  91302
Telephone:  818.438.1332
Facsimile:  818.475.1880
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NUNES-CHILDS, | ) |
| | ) CASE NO.: 2:19-cv-01121-SK |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| ADNREW SAUL, | ) AWARDING EAJA FEES |
| Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |
| _____ | ) |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND DOLLARS AND 00/100 ($3,000.00) subject to the terms of the stipulation.

DATED:  June 9, 2020   

_____
HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE